JOAN C. LIPIN, Appellant, v DAVID E. HUNT, Defendant, and DANSKE BANK et al., Respondents.

Submitted April 18, 2016; decided June 9, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion to disqualify Allegaert Berger & Vogel LLP et al. from appearing before this Court etc. denied.

TEDDY MOORE, Appellant, v FRANK GUERRA, Defendant, and CITY OF NEW YORK et al., Respondents.

Submitted April 18, 2016; decided June 9, 2016

Motion for reargument of motion for leave to appeal denied [see 27 NY3d 975 (2016)]. Motion for poor person relief dismissed as academic.

In the Matter of 111-35 75TH AVE. OWNERS CORP., Respondent, v SARAH HENDRIX, Appellant, et al., Respondents.

Submitted April 25, 2016; decided June 9, 2016

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain a motion for leave to appeal from an order of the Appellate Division entered in a proceeding commenced in the Civil Court of the City of New York (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).